# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

154656

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TERRANCE DEMON-JORDAN THOMAS, JR.,
      Defendant-Appellant.

_____/

SC: 154656
COA: 325530
Saginaw CC: 14-039757-FC

By order of September 27, 2018, the application for leave to appeal the September 13, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Swilley* (Docket No. 154684). On order of the Court, the case having been decided on July 17, 2019, 504 Mich 350 (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reconsideration in light of *Swilley*.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk

p1120